IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:20-cr-129-4 |
| WILLIAN CRUZ PEREZ, | |
| Defendant. | |

**O R D E R**

Before the Court is the Magistrate Judge's May 7, 2024 Report and Recommendation, (doc. 218), to which no objections have been filed. After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's recommendation. The Court, therefore, **ADOPTS** the Report and Recommendation, (doc. 218), as its opinion and **DENIES** Defendant's Motion to Dismiss Under Doctrine of Specialty, (doc. 132), and Motion to Dismiss for Lack of Venue, (doc. 134).

**SO ORDERED**, this 30th day of May, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA